INSTALLMENT FEES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Western Division

JAN 26'04 PM 4:18 USB

| | |
|---|---|
| In Re:<br><br>NEWCARE HEALTH CORPORATION,<br>et al.,<br><br>Debtors. | 04-30025-MAP<br><br>CASE NUMBER: 99-44161-HJB, et al.<br>Jointly Administered<br>CHAPTER 7 |
| GARY M. WEINER, Chapter 7 Trustee<br>for the estate of NEWCARE HEALTH<br>CORPORATION, et al.,<br>Plaintiff<br><br>vs.<br><br>CHRISTOPHER F. BROGDON, et al.<br>Defendants | ADVERSARY PROCEEDING<br>NO: 01-4188-HJB |

## STATEMENT OF ELECTION TO HAVE
## APPEAL HEARD BY U.S. DISTRICT COURT

Pursuant to 28 U.S.C. § 158(c)(1) and Federal Bankruptcy Rule 8001(e), Defendants James J. Andrews, Christopher F. Brogdon, Connie B. Brogdon, Tygh Brogdon, Brentwood Health Care, LLC, Chamber Health Care Society, Inc., Chamber Pasco, LLC, Fitzgerald Health Care, Inc., Gordon Jensen Health Care Association, Inc., Kingsport Senior Housing, LLC, Robert G. Lancaster, Estate of Edward E. Lane, Harlan Mathews, National Assistance Bureau, Inc., Philip M. Rees, Retirement Group, LLC, Rockdale Retirement, Inc., James H. Sanregret, Sea Breeze Health Care Center, Inc., Senior Care, Inc., Southeastern Cottages, Inc., Darrell C. Tucker, Wellington Healthcare Management, LLC and Winter Haven Homes, Inc. (collectively, the "Defendants") elect to have their appeal from the order of the Bankruptcy Court, Boroff, J.,

24983.0/00813930.DOC

- 1 -

denying Defendants' Motion to Compel Production of Documents, heard by the U.S. District Court, rather than the Bankruptcy Appellate Panel.

          Respectfully submitted,

          CHRISTOPHER BROGDON, et. al.,
          By their attorneys,

          */s/ Dennis J. Kelly*
          Dennis J. Kelly, Esq. (BBO #266540)
          Paul R. Mastrocola, Esq. (BBO #630664)
          Victoria L. Schmidt, Esq. (BBO #650000)
          Burns & Levinson LLP
          125 Summer Street
          Boston, MA 02110
          (617)345-3000

Dated: January 26, 2004

## CERTIFICATE OF SERVICE

I, Victoria L. Schmidt, Esq., attorney for the Defendants, do hereby certify that I have this 26th day of January, 2004, served a copy of the foregoing Statement of Election, via first class mail, postage prepaid, upon the following:

Paula M. Bagger, Esq.
Cooke, Clancy & Gruenthal, LLP
150 Federal Street
Boston, MA 02110

U.S. Trustee's Office
600 Main Street
Worcester, MA 01608

Carl D. Aframe, Esq.
Aframe & Barnhill
1 Exchange Place
Worcester, MA 01608

Victoria L. Schmidt