UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: <u>Newcare Health Corporation et al.,</u>

BANKRUPTCY APPEAL

CIVIL ACTION NO. <u>04-cv-30025-MAP</u>

<u>ORDER</u>

<u>Michael A. Ponsor</u>   D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on <u>February 6, 2004</u>

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before <u>February 26, 2004</u> and the Appellee's brief shall be filed on or before <u>March 17, 2004</u>. The Appellant may file and serve a reply brief on or before <u>March 22, 2004</u>.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

<u>February 6, 2004</u>
**Date**

Deputy Clerk /Maurice G. Lindsay